# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 11, 2014

### NO. 03-14-00206-CR

**Michael Wayne Steen, II, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 27TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
AFFIRMED -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.